# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132248

JOSEPH PERAZZA and SUSAN PERAZZA,
     Plaintiffs-Appellants,

v

                                      SC: 132248
                                      COA: 269722
                                      Emmet CC: 03-007720-CZ

EMMET COUNTY ROAD COMMISSION,
     Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007                                  _____

d0122                                                Clerk